DAPHNE HOGAN,

        Plaintiff,

v.

DISCOVER BANK,

        Defendant.

Case No.: 1:19-cv-00298

Judge Collier

Magistrate Judge Lee

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Daphne Hogan and Defendant Discover Bank, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice.

The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 18th day of December 2020.

By: */s/ Christopher K. Thompson*
Christopher Kim Thompson #015895
kim@thompsonslawoffice.com
THOMPSON LAW
4800 Charlotte Avenue, Suite 200
Nashville, TN 37209
T: (615) 832-2335
F: (615) 942-6812


Attorneys for Plaintiff
Daphne Hogan

By: */s/ Ariel M. Anthony*
K. Christopher Collins (BPR #29109)
chris.collins@huschblackwell.com
Ariel M. Anthony (BPR #34125)
ariel.anthony@huschblackwell.com
HUSCH BLACKWELL LLP
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
T: (423) 266-5500


Attorneys for Defendant
Discover Bank

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

THOMPSON LAW

By: */s/ Christopher K. Thompson*
Christopher Kim Thompson #015895
4800 Charlotte Avenue, Suite 200
Nashville, TN 37209
T: (615) 832-2335
F: (615) 942-6812
E: kim@thompsonslawoffice.com

*Attorneys for Plaintiff Daphne Hogan*